*Mendoza, et al., Petitioners, v. City of Mabton, et al., Respondents,* No. 73904-8. Petition for review of a decision of the Court of Appeals, Nos. 20923-7-III, 20966-1-III, March 13, 2003, 116 Wn. App. 1014. *Denied* December 2, 2003.

*Thompson, et al., Petitioners, v. E. Pac. Enters., Inc., et al., Respondents,* No. 73905-6. Petition for review of a decision of the Court of Appeals, No. 49924-6-I, February 18, 2003, 115 Wn. App. 1042. *Denied* December 2, 2003.

*State, Respondent, v. Little, Petitioner,* No. 73908-1. Petition for review of a decision of the Court of Appeals, No. 28262-3-II, April 1, 2003, 116 Wn. App. 346. *Denied* December 2, 2003.

*Chism Jacobson & Johnson, P.L.L.C., et al., Respondents, v. Hinton, et al., Petitioners,* No. 73956-1. Petition for review of a decision of the Court of Appeals, No. 50629-3-I, March 31, 2003, 116 Wn. App. 1028. *Denied* December 2, 2003.

*State, Respondent, v. Cozad, Petitioner,* No. 73960-9. Petition for review of a decision of the Court of Appeals, No. 25932-0-II, March 25, 2003, 116 Wn. App. 1021. *Denied* December 2, 2003.

*State, Respondent, v. Cowin, Petitioner,* No. 73963-3. Petition for review of a decision of the Court of Appeals, Nos. 28492-8-II, 28609-2-II, March 11, 2003, 116 Wn. App. 752. *Denied* December 2, 2003.

*State, Respondent, v. Mendenhall, Petitioner. In re Pers. Restraint of Mendenhall, Petitioner,* No. 73965-0. Petition for review of a decision of the Court of Appeals, Nos. 20146-5-III, 21160-6-III, April 17, 2003, 116 Wn. App. 1041. *Denied* December 2, 2003.